A. M..MUSGROVE *v.* ROBERT LUSK, *et al.*

APPEAL.   The pauper's oath taken by a guardian *ad litem,* does not authorize an appeal.

Cases cited :  *Green* v. *Harrison,* 3 Sneed, 131, and *McCoy* v. *Broderick,* 203.

No record.

DEADERICK, Ch. J., delivered the opinion of the -court.

This is a motion to dismiss the appeal of Martha :and Florence Bilbo, because the pauper's oath is made not by them, but by their guardian *ad. litem,* who swears that according to his information and belief, that by reason of their poverty they are unable to bear the expenses of the appeal, etc.    This affidavit ·does not authorize the appeal—3 Sneed, 131, *ib.* 203, :and the motion must be allowed. .